United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 18, 2005**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 04-21007

SANDRA F. McKINNEY

Plaintiff - Appellant

VERSUS

PFIZER, INC.

Defendant - Appellee

Appeal from the United States District Court
For the Southern District of Texas, Houston
4:03-CV-4988

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed essentially for the reasons stated in its careful Memorandum and Order of November, 12, 2004.

AFFIRMED.

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.